**ORDER**
**U.S. v. Morgan, 09-cr-573 (BMC)(MDG)**

The government's motion to preclude the testimony of New York City Police Department Detective Albert Brust of the 88th Precinct (ct. doc. 66) is denied. In his motion to suppress, the defendant argues that his arrest was made without probable cause. The defendant contends that he was arrested because detectives from the 88th Precinct wanted to pressure him into giving information concerning recent homicides about which he was believed to have knowledge. Affirmation of Lawrence Mark Stern dated January 12, 2009 [sic] at ¶ 3 (ct. doc. 26). In addition, the defendant alleges that officers of the 88th Precinct have continually targeted him for arrest as evidenced by his prior arrests that resulted in acquittal and dismissal. Id. at ¶ 4. Detective Brust will be permitted to testify on these two limited issues.

**SO ORDERED.**

Dated:    Brooklyn, New York
           April 14, 2010

                                       /s/
                                 MARILYN D. GO
                                 UNITED STATES MAGISTRATE JUDGE