1

1          UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF NEW YORK
2
  - - - - - - - - - - - - - - X
3 UNITED STATES OF AMERICA,    :  09-CR--573(BMC)
                               :
4                              :
                               :
5      -against-               :  United States Courthouse
                               :  Brooklyn, New York
6                              :
                               :
7                              :
  EARL MORGAN,                 :  Friday, January 28, 2011
8                              :  2:00 p.m.
            Defendant.         :
9                              :
  - - - - - - - - - - - - - - X
10
          TRANSCRIPT OF CRIMINAL CAUSE FOR GUILTY PLEA
11          BEFORE THE HONORABLE BRIAN M. COGAN
             UNITED STATES DISTRICT JUDGE
12
                      A P P E A R A N C E S:
13
  For the Government:    LORETTA E. LYNCH, ESQ.
14                       United States Attorney
                         Eastern District of New York
15                         271 Cadman Plaza East
                           Brooklyn, New York 11201
16                       BY: HILARY L. JAGER, ESQ.
                             Assistant United States Attorney
17
  For the Defendant:     LAWRENCE MARK STERN
18                       Attorney for the Defendant -
                         Earl Morgan
19                         100 Hudson Street
                           #6A
20                         New York, New York 10013
                         BY: LAWRENCE MARK STERN, ESQ.
21

22 Court Reporter:   Anthony D. Frisolone, FAPR, RDR, CRR, CRI
                     Official Court Reporter
23                   Telephone: (718) 613-2487
                     Facsimile (718) 613-2694
24                   E-mail: Anthony_Frisolone@nyed.uscourts.gov

25 Proceedings recorded by computerized stenography.  Transcript
   produced by Computer-aided Transcription.

```
                      Guilty Plea                    2
```

1                (In open court.)

2                (Defendant present in open court.)

3                COURTROOM DEPUTY:  All rise, the United States

4     District Court for the Eastern District of New York is now

5     in session, the Honorable Brian M. Cogan is now presiding.

6                (Honorable Brian M. Cogan takes the bench.)

7                COURTROOM DEPUTY:  Calling criminal cause for

8     guilty plea in Docket No. 09-CR--573, *United States of*

9     *America against Earl Morgan*.

10               Counsel, please note your appearances for the

11    record.

12               MS. JAGER:  For the United States of America,

13    Assistant United States Attorney Hilary L. Jager.

14               Good afternoon, your Honor.

15               MR. STERN: Lawrence Mark Stern for Earl Morgan.

16               Good afternoon, your Honor.

17               THE COURT:  Good afternoon.  Be seated, please.

18    All we feed is the defendant.

19               MS. JAGER:  Correct.

20               (Defendant enters the courtroom.)

21               COURTROOM DEPUTY:  United States versus Earl

22    Morgan, Docket No. 09-CR-573.  Counsel state your appearance

23    starting with the defendant.

24               MS. JAGER:  Hilary Jager for the United States.

25    Good afternoon, your Honor.

```
                        Guilty Plea                        3
```

1          THE COURT:  Good afternoon.

2          MR. STERN:  Lawrence Mark Stern for Earl Morgan.

3   Good afternoon.

4          THE COURT:  Good afternoon.  Good afternoon

5   Mr. Morgan.

6          THE DEFENDANT:  Good afternoon.

7          THE COURT:  We appear for a change of plea.  I

8   understand I will ask the courtroom to please swear

9   Mr. Morgan.

10

11         COURTROOM DEPUTY:  Raise your right hand.

12

13  **EARL MORGAN**, having been first duly sworn, was examined and

14              testified as follows:

15

16         THE DEFENDANT:  Yes.

17         THE COURT:  All right.

18          Mr. Morgan you understand English?  That's

19   your language.

20         THE DEFENDANT:  Yes.

21         MR. STERN:  You can have a, seat you don't have to

22   stand up.

23          Have you had any problem communicating with

24   your lawyer.

25         THE DEFENDANT:  No.

Guilty Plea                                 4

1      THE COURT:  Mr. Stern, have you had any difficulty

2  in communicating with Mr. Morgan?

3      MR. STERN:  Well, there have been problems in the

4  complexity of the guidelines issues understanding those

5  which is the reason we are finally here at this late hour

6  for the plea but I think he finally does understand and is

7  ready to go.

8      THE COURT:  Okay.  So, if I understand what you're

9  saying, there have been times when you've spoken to him that

10  he hasn't fully appreciated what you've said but now you're

11  convinced that he does understand what you have told him.

12      MR. STERN:  Yes.

13      THE COURT:  Okay.

14      Mr. Morgan, before I accept a guilty plea

15  from you, I have to ask you a number of questions to assure

16  myself that it's a valid plea that you know what you're

17  doing and you're doing of it your own free will.

18      If you don't understand any of the questions

19  that I ask you, just let me know and I will rephrase them

20  until you do understand.

21      Okay?

22      THE DEFENDANT:  Yes.

23      THE COURT:  Now keep in mind you have the right to

24  be represented by a lawyer at every stage of these

25  proceedings, that's if you decided instead that you wanted

```
                        Guilty Plea                        5
```

1  to go to trial you'd have a right at everything that happens

2  in the case.

3          Do you understand that?

4      THE DEFENDANT:  Yes.

5      THE COURT:  Would you confirm for me, please, that

6  Mr. Stern is your lawyer?

7      THE DEFENDANT:  Yes, Mr. Stern is my lawyer.

8      THE COURT:  All right.

9        Now, if, at any time, while I'm asking you

10  these questions you want to take a break and talk to him

11  privately about something just let me know that and we'll

12  take a break so you can do that; okay?

13      THE DEFENDANT:  Yes.

14      THE COURT:  Now, you were just sworn to tell the

15  truth, that's very important.  It means that if you were to

16  give me any false answers to the questions I'm about to ask

17  you, you can be prosecuted for a separate crime like perjury

18  or making a false statement.

19        Do you understand that?

20      THE DEFENDANT:  Yes.

21      THE COURT:  Now, please state your full name?

22      THE DEFENDANT:  My name is Earl Morgan.

23      THE COURT:  Hang on one second.  Melonie, can I

24  have microphones, please.

25        Mr. Morgan, how old are you?

```
                    Guilty Plea                    6
```

1                THE DEFENDANT:  Forty years old.

2                THE COURT:  What's the highest grade that you've

3     completed in school?

4                THE DEFENDANT:  The 9th grade.

5                THE COURT:  Where did you go to school?

6                THE DEFENDANT:  Automotive.

7                THE COURT:  Where was that?

8                THE DEFENDANT:  In Brooklyn near the airport.

9                THE COURT: Did you ever attend any regular public

10    school?

11               THE DEFENDANT:  Yes.

12               THE COURT:  Was Automotive a public school?

13               THE DEFENDANT:  No, that's an Op public school.

14               THE COURT:  Okay.  What's the public school you

15    went to?

16               THE DEFENDANT:  P.S. 20.

17               THE COURT:  Now, as you sit here today, is your

18    mind clear?

19               THE DEFENDANT:  Yes.

20               THE COURT:  Do you understand what's going on

21    here?

22               THE DEFENDANT:  Yes.

23               THE COURT:  Okay.  Are you presently or have you

24    recently been under the care of a doctor?

25               THE DEFENDANT:  No.

```
                         Guilty Plea                      7

 1              THE COURT:  Are you presently, or have you
 2   recently been under the care of a psychiatrist?
 3              THE DEFENDANT:  No.
 4              THE COURT:  In the last 24 hours, have you taken
 5   any kind of narcotic drug?
 6              THE DEFENDANT:  No.
 7              THE COURT:  Last 24 hours, have you taken any kind
 8   of medication at all?
 9              THE DEFENDANT:  No.
10              THE COURT:  In the last 24 hours, have you had any
11   kind of alcoholic beverage to drink?
12              THE DEFENDANT:  No.
13              THE COURT:  Have you ever been hospitalized or
14   treated for any kind of mental illness?
15              THE DEFENDANT:  No.
16              THE COURT:  Have you ever been hospitalized or
17   treated for addiction to drugs or alcohol?
18              THE DEFENDANT:  No.
19              THE COURT:  All right.  Mr. Stern, have you
20   discussed this matter thoroughly with your client?
21              MR. STERN:  Yes.
22              THE COURT:  In your opinion, is he capable of
23   understanding the nature of these proceedings.
24              MR. STERN:  Yes.
25              THE COURT:  In your opinion, does he understand
```

1    the rights that he'll be waiving by pleading guilty?

2              THE DEFENDANT:  Yes.

3              THE COURT:  Do you have any doubt as to his

4    competence to plead at this time?

5              THE DEFENDANT:  No.

6              THE COURT:  Have you advised him of the maximum

7    sentence and fine that could be imposed?

8              MR. STERN:  I have advised him of the maximum

9    sentence but I have not addressed the fine, he is indigent.

10             THE COURT:  I understand the fine might not be a

11   significant factor for him but I have to let him know that

12   so I will do as well.

13                  Have you discussed with him the operation of

14   the Sentencing Guidelines.

15             MR. STERN:  Yes.

16             THE COURT:  All right.

17                  Mr. Morgan, have you had as much of an

18   opportunity to talk to your lawyer about this case as you

19   feel you need?

20             THE DEFENDANT:  Yes.

21             THE COURT:  Are you fully satisfied with the

22   representation and advice that he has given you?

23             THE DEFENDANT:  Yes.

24             THE COURT:  Now, you've gotten a copy of the

25   superseding indictment in this case, that's the charging

1    instrument against you?

2              THE DEFENDANT:  Yes.

3              THE COURT:  And have you specifically discussed

4    that indictment with your lawyer?

5              THE DEFENDANT:  Yes.

6              THE COURT:  Now, Count One of the superseding

7    indictment essentially says the following that on or about

8    July 25th, within the Eastern District of New York, that's

9    here, you possessed a firearm, that is a Bursa .380 caliber

10   semiautomatic pistol and ammunition; and it also charges

11   that when possessed that you had already been convicted of a

12   crime that carried a sentence of more than one year.

13             Do you understand that charge?

14             THE DEFENDANT:  Yes.

15             THE COURT:  Now, Count Two of the indictment,

16   since it's essentially the same thing but with regard to

17   that firearm, it says that if it has an obliterated serial

18   number on it and that's a separate crime.

19             Have you discussed that with your lawyer?

20             THE DEFENDANT:  Yes.

21             THE COURT:  All right.  Let me go through one of

22   the rights that you're going to be giving up by pleading

23   guilty.

24             The first and most important thing you have

25   to understand is that you don't have to plead guilty even if

1    you are guilty.

2              Under our legal system, the Government has

3    the burden of proving the guilt of the defendant beyond a

4    reasonable doubt.

5              If the Government cannot or does not meet

6    that burden of proof, then the jury has the duty to find the

7    defendant not guilty even if the defendant is guilty.  What

8    that means is that even if you're guilty you have a choice.

9    It's up to you to decide what to do, not your lawyer and not

10   anybody else.

11             You can go ahead and withdraw your

12   previously-entered plea of not guilty and plead guilty as

13   you apparently want to do or you can still choose to go to

14   trial by standing on your not guilty plea and making the

15   Government meet its burden of proving your guilt beyond a

16   reasonable doubt.

17             Do you understand that you have that choice?

18             THE DEFENDANT:  Yes.

19             THE COURT:  Now, if you wanted to continue to

20   plead not guilty then, under the constitution and laws of

21   the United States, you have a right to a speedy and public

22   trial by jury.  We have it set for Monday with the

23   assistance of a lawyer on the charges contained in the

24   indictment.

25             If you went to trial, you'd be presumed

Guilty Plea                                    11

1  innocent, you wouldn't have to prove that you were innocent.

2  It would be the Government's burden again to overcome that

3  presumption and prove you guilt by competent evidence and

4  beyond a reasonable doubt.

5              Again, if the Government were to fail at

6  that, the jury would have duty to find you not guilty but by

7  pleading guilty, you are giving up your right to have the

8  Government satisfy its burden of proving that you are guilty

9  beyond a reasonable doubt.

10             Do you understand that you are giving up that

11  right?

12             THE DEFENDANT:  Yes.

13             THE COURT:  Now, if you wanted to go to trial,

14  then the witnesses for the Government would have to come to

15  court and testify in your presence and your lawyer would

16  have the right to cross-examine the witnesses for the

17  Government, to object to evidence offered by the Government,

18  and to offer evidence on your behalf including the right to

19  subpoena witnesses.

20             But by plead guilty you are giving up your

21  right to confront the witnesses who would testify against

22  you at trial.  You're also giving up your right to offer

23  evidence on your own behalf and to raise any defenses that

24  you might have.

25             Do you understand that you are giving up

Guilty Plea                                    12

1    those rights?

2              THE DEFENDANT:  Yes.

3              THE COURT:  Now, if you went to trial, you'd also

4    have the right to testify on your own behalf.  If you chose

5    to do so, however, you could not and would not be required

6    to testify.

7                   Under the Constitution of the United States,

8    a defendant in a criminal case can't be forced to take the

9    witness stand at his trial and say anything that could be

10   used to show that he's guilty of the crimes with which he is

11   charged.

12                   So, if you wanted to go to trial, but you

13   didn't want to testify, I would tell the jury that they

14   could not hold that choice against you.  That's called your

15   right against self-incrimination.

16                   By pleading guilty, you are admitting your

17   guilt and you are giving up your right against

18   self-incrimination.

19                   Do you understand that you are giving up that

20   right?

21              THE DEFENDANT:  Yes.

22              THE COURT:  Now, if you continue to want to plead

23   guilty, I have to ask you questions about what you did in

24   order to satisfy myself that you are, in fact, guilty of the

25   charges that you're pleading to.

Guilty Plea                                 13

1           You're going to have to answer those

2    questions truthfully and acknowledge your guilt.  Remember,

3    you took an oath to answer those questions that I asked you

4    truthfully once you plead guilty and I accept your guilty

5    plea, you'll be giving your Constitutional right to a trial

6    all the other rights that I just told you about.  There will

7    no further trial of any kindly and I will simply enter a

8    judgment of guilty on the basis of your guilty plea.

9              Do you understand that?

10            THE DEFENDANT:  Yes.

11            THE COURT:  Now, if you wanted to proceed to

12   trial, and you were then convicted by a jury, you'd have the

13   right to ask the Court of Appeals to review the legality of

14   the all the proceedings leading up to your application like,

15   for example, the suppression motion you've had.  But by

16   entering a guilty plea, you're substituting your own words

17   for the jury's verdict.  And when do you that, you give up

18   your right to appeal or challenge your conviction or the

19   finding of guilt against you.

20            Do you understand that you are giving up that

21   right?

22            THE DEFENDANT:  Yes.

23            THE COURT:  Are you willing to give up your right

24   to a trial and the other rights that I've just discussed

25   with you?

Guilty Plea                                    14

1          THE DEFENDANT:  Yes.

2          THE COURT:  All right.  Now, I understand he's

3    pleading to the indictment; is that correct?

4          MS. JAGER:  Yes, your Honor.

5          THE COURT:  Okay.  Let me go over with you,

6    Mr. Morgan, the sentencing scheme that's going to apply here

7    when it comes time for me to sentence you which will

8    probably be in about three or four months.

9               The offense to which you're pleading guilty

10   to violating in Count One carries a maximum sentence of ten

11   years.  It carries a mandatory minimum sentence of zero

12   years.  There is no mandatory minimum, so the sentence on

13   that count has to be somewhere between zero and ten years.

14              In addition, there's a maximum supervised

15   release term of three years.  Supervised release refers to a

16   series of terms and conditions that are placed upon you when

17   you're released from custody.

18              If you were to violate any of those terms and

19   conditions, you could be returned to prison for up to two

20   years; and if that happened, you wouldn't get any credit for

21   time that you had already served.

22              Now, the statute also provides for a fine of

23   up to $250,000 which could be imposed upon you but Mr. Stern

24   just said he hasn't had any discussions with you about that

25   because you don't have a lot of money and the fine is

Guilty Plea                    15

1  unlikely to be an important factor but it is a theoretical

2  possibility.  I want you to understand I could impose a fine

3  of anywhere up to $250,000.

4              In addition, I will impose a $100 special

5  assessment against you.

6              Are you a citizen of the United States,

7  Mr. Morgan?

8              THE DEFENDANT:  Yes.

9              THE COURT:  Okay.  Now, that's Count One.

10             As to Count Two, it carries a maximum

11  sentence of five years.  Again, there's no mandatory minimum

12  sentence, so the sentence could be anywhere from zero to

13  five years under the statute.  In addition, there's a

14  maximum supervised release term of three years on that count

15  as well.

16             Again, if you violated the terms of your

17  release, you could be returned to prison for up to two years

18  without any credit for time served.  And, again, that count

19  also carries a fine, theoretically, of up to $250,000 and an

20  additional mandatory $100 special assessment.

21             Now, that's what the statute provides.  When

22  it comes time to sentence you, I also I'm going to look at

23  what we call sentencing guidelines that the United States

24  Sentencing Commission has issued for me to consider.

25             What the guidelines do is they basically look

Guilty Plea                                    16

1    at the nature of your crime and your criminal history and

2    they come up with an initial range of custody as to what the

3    commission is recommending I impose.  Those guidelines also

4    have factors in them that can require some adjustment of

5    that range based on the name of your crime, who you are,

6    your history and characteristics.  That's what we would call

7    a, "Guideline sentence."

8                   Now, I'm not bound to give you that guideline

9    sentence.  I can't ignore it, I have to consider it, but I

10   might decide that I guideline sentence for you is not

11   appropriate.  The law sets forth a number of factors that

12   I'm going to consider in determining what the appropriate

13   sentence is and the guidelines are just one of them.

14                   So, again, it's not binding on me it's just

15   something that I have to consider.

16                   When I consider all of those factors that the

17   law provides, I may decide to sentence you to what we call

18   a, "Nonguideline sentence," that is, that's a sentence

19   that's either higher or lower than the recommended guideline

20   range.

21                   The bottom line that I want you to understand

22   today is that until the date of sentencing, when I get a

23   presentence report on you from the probation department, and

24   I get to hear from you and I get to hear from your lawyer

25   and I get to hear from the Government, you're not going to

Guilty Plea                    17

1  know today with any certainty whether I'm going to impose a

2  guideline sentence, whether I might adjust the guidelines up

3  or down, or whether I might decide to impose a sentence on

4  you that's outside of the guidelines, that is, either higher

5  or lower than the guidelines.

6          In short, you're not going to know today what

7  your sentence is going to be and if you don't like the

8  sentence I imposed you're not going to be able to withdraw

9  your guilty plea.

10          Do you understand that?

11          THE DEFENDANT:  Yes.

12          THE COURT:  Nevertheless, I want the lawyers to

13  give you their best estimate today of what the guidelines

14  are likely to say when it comes time to sentence you.  Keep

15  in mind, this is only a guess and it may well be wrong.

16          Ms. Jager, what's government's calculation?

17          MS. JAGER:  Yes, your Honor.

18          The Government estimates that the defendant

19  base offense level to be a Level 24 with an additional four

20  points for the obliterated serial number.  Minus the two

21  points for acceptance of responsibility which is an adjusted

22  offense level of 26.

23          Assuming the defendant is sentenced within

24  Criminal History Category VI, his estimated range of

25  imprisonment would be 120 to 150 months.  I also note, I'm

1   sorry, that the sentence is imposed on Count 1 and Count 2

2   may run consecutively.

3          THE COURT:  Okay.  That's something else you

4   should be aware of, Mr. Morgan; that is, when I sentence you

5   on Counts 1 and 2 I can make them run at the same time so

6   you don't end up serving any additional time for Count Two

7   or I could decide that they should be served one after

8   another so that you end up serving time on Count 1 and then

9   additional time on Count 2.  I'm not going to determine that

10  until the date of sentence.

11          But the guideline range you just heard,

12  120 months to 150 months and, again, that's just an

13  estimate, it could be different than that and I'm not bound

14  by that in any way.  It's just something I have to think

15  about along with all the other factors in the law.

16          Do you understand that?

17          THE DEFENDANT:  Yes.

18          THE COURT:  All right.  And, again, just to be

19  confirm, do you understand that if I sentence so something

20  more than the guideline range, you're not going to be able

21  to withdraw your plea?

22          THE DEFENDANT:  Yes.

23          THE COURT:  Do you have any questions you want to

24  ask me about the charges against you or your rights or

25  anything else relating to this matter?

```
                    Guilty Plea                        19
```

1          THE DEFENDANT:  No, sir.

2          THE COURT:  All right.  Are you ready to plead?

3          THE DEFENDANT:  Yes.

4          MS. JAGER:  Your Honor, if I may interrupt?  Just

5     with respect to the forfeiture.  There is a forfeiture

6     allegation in the superseding indictment that we haven't

7     reviewed yet.

8          THE COURT:  The indictment also provides,

9     Mr. Morgan, that the Government has the right to take from

10    you or I guess retain and keep for all time the gun that was

11    taken at the time of your arrest.

12               Do you understand that they're going to keep

13    that gun?

14         THE DEFENDANT:  Yes.

15         THE COURT:  Okay.

16         MS. JAGER:  And for the purposes of completeness

17    the ammunition as well.

18         THE COURT:  And the ammunition as well.  Do you

19    understand that?

20         THE DEFENDANT:  Yes.

21         THE COURT:  Okay.  Are you ready to plead?

22         THE DEFENDANT:  Yes.

23         MS. JAGER:  I'm sorry, your Honor, one more thing.

24         THE COURT:  Yes.

25         MS. JAGER:  I also don't believe that Mr. Stern

Guilty Plea                                    20

1    has put on the record whether his guidelines estimate is the

2    same as the Government's in this case.

3          THE COURT:  Do you have any reason, Mr. Stern, to

4    think that there is a different guideline collision

5    applicable.

6          MR. STERN:  Yes, I think there maybe, Judge.  I

7    have to look more closely at it but I'm hopeful that I can

8    find a reduction somewhere in those guidelines.

9          THE COURT:  All right.  Well, Mr. Morgan, you

10   understand that Mr. Stern is going to try to get that

11   guideline range lowered if he can but there's no guarantee

12   that he'll be able to come up with a theory and no guarantee

13   that I will accept it if he does come up with a theory.

14         THE DEFENDANT:  Yes.

15         MR. STERN:  Your Honor, I have also, although I've

16   prepared my client for the possibility of consecutive

17   sentences on the two counts.  I've also explained to him

18   that I'm going to argue that because of the defacement

19   aspect of the gun is an enhancement both in Count One and is

20   part of Count Two that I hope that I will argue to the Court

21   that concurrence would be the proper sentence in the case

22   and I tend to argue that but I have prepared him for the

23   possibility of consecutive sentences.

24         THE COURT:  Again, Mr. Morgan, no guarantee

25   whether I will do consecutive or concurrent but that's an

1    open issue that will be considered and determined at the

2    time of your sentencing.

3              Do you understand that?

4         THE DEFENDANT:  Yes.

5         MS. JAGER:  Also for the sake of the record, I

6    just want to make clear that the Government may seek an

7    upward -- an above guideline sentence in this case based on

8    the §3553(a) factors and I've communicated that to counsel

9    and I understand that your Honor has also explained that

10   that's a potential but I want to put that on the record that

11   I have had that discussion with Mr. Stern.

12        THE COURT:  That's fine.

13             As I've told the defendant, I will determine

14   whether it should be a guideline sentence or a below

15   guideline sentence or an above guideline sentence at the

16   time of sentencing that's something that we cannot know

17   today.

18        MS. JAGER:  Yes, your Honor, today.

19        THE COURT:  All right.

20             Mr. Stern, do you know of any reason why

21   Mr. Morgan should not plead guilty?

22        MR. STERN:  No.

23        THE COURT:  Are you aware any legal defense to the

24   charge?

25        MR. STERN:  Not one that I think would ultimately

```
                        Guilty Plea                        22
```

1    be successful.

2              THE COURT:  All right.

3                   Mr. Morgan, what is your plea, guilty or not

4    guilty?

5              THE DEFENDANT:  Guilty.

6              THE COURT:  Is that as to Count 1?

7              THE DEFENDANT:  Yes.

8              THE COURT:  And to Count 2?

9              THE DEFENDANT:  Yes.

10             THE COURT:  Are you pleading guilty voluntarily

11   and of your own free will?

12             THE DEFENDANT:  Yes.

13             THE COURT:  Has anyone threatened or forced you to

14   plead guilty?

15             THE DEFENDANT:  No.

16             THE COURT:  Other than anything that I have said

17   today, has anyone made any promises to you at all to get you

18   to plead guilty?

19             THE DEFENDANT:  No.

20             THE COURT:  Has anyone made any promise to you as

21   to what your final sentence is going to be?

22             THE DEFENDANT:  No.

23             THE COURT:  All right.

24                  Is it correct that on or about the date

25   charged you were in possession of this Bursa firearm?

Guilty Plea                                    23

1          THE DEFENDANT:  Yes.

2          THE COURT:  At the time that you possessed it, had

3   you already been convicted of a crime punishable in excess

4   of 13 months.

5          THE DEFENDANT:  Yes.

6          THE COURT:  All right.  And did you know at the

7   time that it had an obliterated serial number on it?

8          THE DEFENDANT:  Yes.

9          THE COURT:  Where were you when you possessed the

10  firearm?

11         THE DEFENDANT:  In the Ingersoll Houses, Fort

12  Greene projects.

13         THE COURT:  Tell me in your own words what you

14  did, please, in connection with the charge.

15         THE DEFENDANT:  I was in possession of the .380

16  gun.

17         THE COURT:  Okay.  Is the Government satisfied

18  with the allocution?

19         MS. JAGER:  Yes, your Honor.

20             The Government also notes that if the case

21  were to go to trial, the Government would prove beyond a

22  reasonable doubt that the firearm that the defendant is

23  charged with possessing with shipped or transported in

24  interstate or foreign commerce prior to the defendant's

25  possession of it.

Guilty Plea                    24

1          This particular manufactured in Argentina and

2     that all the ammunition was manufactured outside the State

3     of New York.

4          I'd also note that the projects he referred

5     to the defendant referred to right now are located in the

6     Eastern District of New York.  And I guess I

7     would -- nothing further, your Honor.

8               THE COURT:  Okay.

9          Based on the information given to me, I find

10    that the defendant is acting voluntarily; that he

11    understands his rights and the consequences of his plea, and

12    that there's a factual basis for the plea.

13         I, therefore, accept the plea of guilty to

14    Counts 1 and 2.

15         Let's set sentencing for about 90 days out.

16    Melonie, what do we have?

17              COURTROOM DEPUTY:  April 29th at 10:45 a.m.

18         Does that work for Counsel?

19              MS. JAGER:  For the Government, your Honor.

20              MR. STERN:  I'm sorry just one moment.

21              THE COURT:  Sure.

22              MR. STERN:  April 29th?

23              THE COURT:  10:45.

24              MR. STERN:  I'll be here.

25              THE COURT:  All right.  Anything further.

```
                      Guilty Plea                    25
```

1          MS. JAGER:  I'm sorry, just to be careful here,

2    did the defendant allocute, I can't remember, that he had

3    been previously convicted of a felony.  I know you asked him

4    that.

5          THE COURT:  Yes, what was the crime that you were

6    convicted of Mr. Morgan previously?

7          THE DEFENDANT:  Conspiracy.

8          THE COURT:  Conspiracy to sell drugs?

9          THE DEFENDANT:  Yes.

10          THE COURT:  Okay.

11          MS. JAGER:  And the Government proffers that that

12    was one of three previous felony convictions all of which

13    were over a year.

14          THE COURT:  All right.

15          MS. JAGER:  Thank you very much, your Honor.

16          THE COURT:  I have accepted the plea.  We will see

17    each other on April 29th at 10:45 a.m.

18                Thank you very much.  We're adjourned.

19          MS. JAGER:  Thank you.

20          MR. STERN:  Thank you.

21          (Defendant exits from courtroom.)

22          (WHEREUPON, the proceedings were adjourned to April

23    29, 2011 at 10:45 a.m.)

24

25                          *   *   *

## CERTIFICATE OF REPORTER

I certify that the foregoing is a correct transcript of the
record of proceedings in the above-entitled matter.

_____

Anthony D. Frisolone, FAPR, RDR, CRR, CRI
Official Court Reporter

27

1                                INDEX

2    WITNESS:                                    PAGE:
      EARL MORGAN
3            Examination by the Court.................    3

4                              * * * * *

5                        INDEX OF EXHIBITS

6    FOR THE GOVERNMENT:                          PAGE:
      ...............................................
7
     FOR THE DEFENSE:
8     ...............................................

9    COURT EXHIBITS:
      ...............................................
10                             * * * * *

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# #

**#6A** [1] - 1:19

# $

**$100** [2] - 15:4, 15:20
**$250,000** [3] - 14:23, 15:3, 15:19

# 0

**09-CR--573** [1] - 2:8
**09-CR--573(BMC** [1] - 1:3
**09-CR-573** [1] - 2:22

# 1

**1** [5] - 18:1, 18:5, 18:8, 22:6, 24:14
**100** [1] - 1:19
**10013** [1] - 1:20
**10:45** [4] - 24:17, 24:23, 25:17, 25:23
**11201** [1] - 1:15
**120** [2] - 17:25, 18:12
**13** [1] - 23:4
**150** [2] - 17:25, 18:12

# 2

**2** [5] - 18:1, 18:5, 18:9, 22:8, 24:14
**20** [1] - 6:16
**2011** [2] - 1:7, 25:23
**24** [4] - 7:4, 7:7, 7:10, 17:19
**26** [1] - 17:22
**271** [1] - 1:15
**28** [1] - 1:7
**29** [1] - 25:23
**29th** [3] - 24:17, 24:22, 25:17
**2:00** [1] - 1:8

# 3

**3** [1] - 27:3
**380** [2] - 9:9, 23:15

# 6

**613-2487** [1] - 1:23
**613-2694** [1] - 1:23

# 7

**718** [2] - 1:23, 1:23

# 9

**90** [1] - 24:15
**9th** [1] - 6:4

# A

**a.m** [3] - 24:17, 25:17, 25:23
**able** [3] - 17:8, 18:20, 20:12
**above-entitled** [1] - 26:4
**accept** [4] - 4:14, 13:4, 20:13, 24:13
**acceptance** [1] - 17:21
**accepted** [1] - 25:16
**acknowledge** [1] - 13:2
**acting** [1] - 24:10
**addiction** [1] - 7:17
**addition** [3] - 14:14, 15:4, 15:13
**additional** [4] - 15:20, 17:19, 18:6, 18:9
**addressed** [1] - 8:9
**adjourned** [2] - 25:18, 25:22
**adjust** [1] - 17:2
**adjusted** [1] - 17:21
**adjustment** [1] - 16:4
**admitting** [1] - 12:16
**advice** [1] - 8:22
**advised** [2] - 8:6, 8:8
**afternoon** [9] - 2:14, 2:16, 2:17, 2:25, 3:1, 3:3, 3:4, 3:6
**ahead** [1] - 10:11
**aided** [1] - 1:25
**airport** [1] - 6:8
**alcohol** [1] - 7:17
**alcoholic** [1] - 7:11
**allegation** [1] - 19:6
**allocute** [1] - 25:2
**allocution** [1] - 23:18
**America** [2] - 2:9, 2:12
**AMERICA** [1] - 1:3
**ammunition** [4] - 9:10, 19:17, 19:18, 24:2
**answer** [2] - 13:1, 13:3
**answers** [1] - 5:16
**Anthony** [2] - 1:22, 26:8
**anthony_Frisolone@nyed.uscourts.gov** [1] - 1:24
**appeal** [1] - 13:18
**Appeals** [1] - 13:13
**appear** [1] - 3:7
**appearance** [1] - 2:22
**appearances** [1] - 2:10
**applicable** [1] - 20:5
**application** [1] - 13:14
**apply** [1] - 14:6
**appreciated** [1] - 4:10
**appropriate** [2] - 16:11, 16:12
**April** [4] - 24:17, 24:22, 25:17, 25:22
**Argentina** [1] - 24:1
**argue** [3] - 20:18, 20:20, 20:22
**arrest** [1] - 19:11
**aspect** [1] - 20:19
**assessment** [2] - 15:5, 15:20
**assistance** [1] - 10:23
**Assistant** [2] - 1:16, 2:13
**assuming** [1] - 17:23
**assure** [1] - 4:15
**attend** [1] - 6:9
**Attorney** [4] - 1:14, 1:16, 1:18, 2:13
**Automotive** [2] - 6:6, 6:12

**aware** [2] - 18:4, 21:23

# B

**base** [1] - 17:19
**based** [3] - 16:5, 21:7, 24:9
**basis** [2] - 13:8, 24:12
**BEFORE** [1] - 1:11
**behalf** [3] - 11:18, 11:23, 12:4
**below** [1] - 21:14
**bench** [1] - 2:6
**best** [1] - 17:13
**between** [1] - 14:13
**beverage** [1] - 7:11
**beyond** [5] - 10:3, 10:15, 11:4, 11:9, 23:21
**binding** [1] - 16:14
**bottom** [1] - 16:21
**bound** [2] - 16:8, 18:13
**break** [2] - 5:10, 5:12
**Brian** [2] - 2:5, 2:6
**BRIAN** [1] - 1:11
**Brooklyn** [3] - 1:5, 1:15, 6:8
**burden** [5] - 10:3, 10:6, 10:15, 11:2, 11:8
**Bursa** [2] - 9:9, 22:25
**BY** [2] - 1:16, 1:20

# C

**Cadman** [1] - 1:15
**calculation** [1] - 17:16
**caliber** [1] - 9:9
**cannot** [2] - 10:5, 21:16
**capable** [1] - 7:22
**care** [2] - 6:24, 7:2
**careful** [1] - 25:1
**carried** [1] - 9:12
**carries** [4] - 14:10, 14:11, 15:10, 15:19
**case** [8] - 5:2, 8:18, 8:25, 12:8, 20:2, 20:21, 21:7, 23:20
**CAUSE** [1] - 1:10
**certainty** [1] - 17:1
**CERTIFICATE** [1] - 26:2
**certify** [1] - 26:3
**challenge** [1] - 13:18
**change** [1] - 3:7
**characteristics** [1] - 16:6
**charge** [3] - 9:13, 21:24, 23:14
**charged** [2] - 12:11, 22:25, 23:23
**charges** [4] - 9:10, 10:23, 12:25, 18:24
**charging** [1] - 8:25
**choice** [3] - 10:8, 10:17, 12:14
**choose** [1] - 10:13
**chose** [1] - 12:4
**citizen** [1] - 15:6
**clear** [2] - 6:18, 21:6
**client** [2] - 7:20, 20:16
**closely** [1] - 20:7
**COGAN** [1] - 1:11
**Cogan** [2] - 2:5, 2:6
**collision** [1] - 20:4
**commerce** [1] - 23:24

Commission [1] - 15:24
commission [1] - 16:3
communicated [1] - 21:8
communicating [2] - 3:23, 4:2
competence [1] - 8:4
competent [1] - 11:3
completed [1] - 6:3
completeness [1] - 19:16
complexity [1] - 4:4
Computer [1] - 1:25
Computer-aided [1] - 1:25
computerized [1] - 1:25
concurrence [1] - 20:21
concurrent [1] - 20:25
conditions [2] - 14:16, 14:19
confirm [2] - 5:5, 18:19
confront [1] - 11:21
connection [1] - 23:14
consecutive [3] - 20:16, 20:23, 20:25
consecutively [1] - 18:2
consequences [1] - 24:11
consider [5] - 15:24, 16:9, 16:12, 16:15, 16:16
considered [1] - 21:1
conspiracy [2] - 25:7, 25:8
constitution [1] - 10:20
Constitution [1] - 12:7
Constitutional [1] - 13:5
contained [1] - 10:23
continue [2] - 10:19, 12:22
convicted [5] - 9:11, 13:12, 23:3, 25:3, 25:6
conviction [1] - 13:18
convictions [1] - 25:12
convinced [1] - 4:11
copy [1] - 8:24
correct [4] - 2:19, 14:3, 22:24, 26:3
Counsel [2] - 2:10, 24:18
counsel [2] - 2:22, 21:8
Count [6] - 18:1, 18:8, 18:9, 22:6, 22:8
count [3] - 14:13, 15:14, 15:18
Count one [4] - 9:6, 14:10, 15:9, 20:19
Count two [4] - 9:15, 15:10, 18:6, 20:20
Counts [2] - 18:5, 24:14
counts [1] - 20:17
Court [6] - 1:22, 1:22, 2:4, 13:13, 20:20, 26:9
court [4] - 2:1, 2:2, 11:15, 27:9
Court.............. [1] - 27:3
Courthouse [1] - 1:5
COURTROOM [5] - 2:3, 2:7, 2:21, 3:11, 24:17
courtroom [3] - 2:20, 3:8, 25:21
credit [2] - 14:20, 15:18
CRI [2] - 1:22, 26:8
crime [7] - 5:17, 9:12, 9:18, 16:1, 16:5, 23:3, 25:5
crimes [1] - 12:10
CRIMINAL [1] - 1:10
criminal [3] - 2:7, 12:8, 16:1
Criminal History Category [1] - 17:24
cross [1] - 11:16
cross-examine [1] - 11:16
CRR [2] - 1:22, 26:8

custody [2] - 14:17, 16:2

## D

date [3] - 16:22, 18:10, 22:24
days [1] - 24:15
decide [5] - 10:9, 16:10, 16:17, 17:3, 18:7
decided [1] - 4:25
defacement [1] - 20:18
defendant [14] - 1:8, 2:18, 2:23, 10:3, 10:7, 12:8, 17:18, 17:23, 21:13, 23:22, 24:5, 24:10, 25:2
DEFENDANT [66] - 3:6, 3:16, 3:20, 3:25, 4:22, 5:4, 5:7, 5:13, 5:20, 5:22, 6:1, 6:4, 6:6, 6:8, 6:11, 6:13, 6:16, 6:19, 6:22, 6:25, 7:3, 7:6, 7:9, 7:12, 7:15, 7:18, 8:2, 8:5, 8:20, 8:23, 9:2, 9:5, 9:14, 9:20, 10:18, 11:12, 12:2, 12:21, 13:10, 13:22, 14:1, 15:8, 17:11, 18:17, 18:22, 19:1, 19:3, 19:14, 19:20, 19:22, 20:14, 21:4, 22:5, 22:7, 22:9, 22:12, 22:15, 22:19, 22:22, 23:1, 23:5, 23:8, 23:11, 23:15, 25:7, 25:9
Defendant [5] - 1:17, 1:18, 2:2, 2:20, 25:21
defendant's [1] - 23:24
DEFENSE [1] - 27:7
defense [1] - 21:23
defenses [1] - 11:23
department [1] - 16:23
DEPUTY [5] - 2:3, 2:7, 2:21, 3:11, 24:17
determine [2] - 18:9, 21:13
determined [1] - 21:1
determining [1] - 16:12
different [2] - 18:13, 20:4
difficulty [1] - 4:1
discussed [5] - 7:20, 8:13, 9:3, 9:19, 13:24
discussion [1] - 21:11
discussions [1] - 14:24
DISTRICT [3] - 1:1, 1:1, 1:11
District [5] - 1:14, 2:4, 9:8, 24:6
Docket [2] - 2:8, 2:22
doctor [1] - 6:24
doubt [6] - 8:3, 10:4, 10:16, 11:4, 11:9, 23:22
down [1] - 17:3
drink [1] - 7:11
drug [1] - 7:5
drugs [2] - 7:17, 25:8
duly [1] - 3:13
duty [2] - 10:6, 11:6

## E

E-mail [1] - 1:24
EARL [1] - 1:7, 3:13, 27:2
Earl [6] - 1:18, 2:9, 2:15, 2:21, 3:2, 5:22
East [1] - 1:15
EASTERN [1] - 1:1
Eastern [4] - 1:14, 2:4, 9:8, 24:6

either [2] - 16:19, 17:4
end [2] - 18:6, 18:8
English [1] - 3:18
enhancement [1] - 20:19
enter [1] - 13:7
entered [1] - 10:12
entering [1] - 13:16
enters [1] - 2:20
entitled [1] - 26:4
ESQ [3] - 1:13, 1:16, 1:20
essentially [2] - 9:7, 9:16
estimate [3] - 17:13, 18:13, 20:1
estimated [1] - 17:24
estimates [1] - 17:18
evidence [4] - 11:3, 11:17, 11:18, 11:23
Examination [1] - 27:3
examine [1] - 11:16
examined [1] - 3:13
example [1] - 13:15
excess [1] - 23:3
EXHIBITS [2] - 27:5, 27:9
exits [1] - 25:21
explained [2] - 20:17, 21:9

## F

Facsimile [1] - 1:23
fact [1] - 12:24
factor [2] - 8:11, 15:1
factors [5] - 16:4, 16:11, 16:16, 18:15, 21:8
factual [1] - 24:12
fail [1] - 11:5
false [2] - 5:16, 5:18
FAPR [2] - 1:22, 26:8
feed [1] - 2:18
felony [2] - 25:3, 25:12
final [1] - 22:21
finally [2] - 4:5, 4:6
fine [6] - 8:7, 8:9, 8:10, 14:22, 14:25, 15:2, 15:19, 21:12
firearm [5] - 9:9, 9:17, 22:25, 23:10, 23:22
first [2] - 3:13, 9:24
five [2] - 15:11, 15:13
following [1] - 9:7
follows [1] - 3:14
FOR [2] - 1:10, 27:7
forced [2] - 12:8, 22:13
foregoing [1] - 26:3
foreign [1] - 23:24
forfeiture [2] - 19:5
Fort [1] - 23:11
forth [1] - 16:11
forty [1] - 6:1
four [2] - 14:8, 17:19
free [2] - 4:17, 22:11
Friday [1] - 1:7
Frisolone [2] - 1:22, 26:8
full [1] - 5:21
fully [2] - 4:10, 8:21

## G

**given** [2] - 8:22, 24:9
**Government** [18] - 1:13, 10:2, 10:5, 10:15, 11:5, 11:8, 11:14, 11:17, 16:25, 17:18, 19:9, 21:6, 23:17, 23:20, 23:21, 24:19, 25:11
**GOVERNMENT** [1] - 27:6
**Government's** [2] - 11:2, 20:2
**government's** [1] - 17:16
**grade** [2] - 6:2, 6:4
**Greene** [1] - 23:12
**guarantee** [3] - 20:11, 20:12, 20:24
**guess** [3] - 17:15, 19:10, 24:6
**guideline** [13] - 16:7, 16:8, 16:10, 16:19, 17:2, 18:11, 18:20, 20:4, 20:11, 21:7, 21:14, 21:15
**Guidelines** [1] - 8:14
**guidelines** [11] - 4:4, 15:23, 15:25, 16:3, 16:13, 17:2, 17:4, 17:5, 17:13, 20:1, 20:8
**guilt** [6] - 10:3, 10:15, 11:3, 12:17, 13:2, 13:19
**guilty** [36] - 2:8, 4:14, 8:1, 9:23, 9:25, 10:1, 10:7, 10:8, 10:12, 10:14, 10:20, 11:6, 11:7, 11:8, 11:20, 12:10, 12:16, 12:23, 12:24, 13:4, 13:8, 13:16, 14:9, 17:9, 21:21, 22:3, 22:4, 22:5, 22:10, 22:14, 22:18, 24:13
**GUILTY** [1] - 1:10
**gun** [4] - 19:10, 19:13, 20:19, 23:16

## H

**hand** [1] - 3:11
**hang** [1] - 5:23
**hear** [2] - 16:24, 16:25
**heard** [1] - 18:11
**higher** [2] - 16:19, 17:4
**highest** [1] - 6:2
**HILARY** [1] - 1:16
**Hilary** [2] - 2:13, 2:24
**history** [2] - 16:1, 16:6
**hold** [1] - 12:14
**Honor** [14] - 2:14, 2:16, 2:25, 14:4, 17:17, 19:4, 19:23, 20:15, 21:9, 21:18, 23:19, 24:7, 24:19, 25:15
**HONORABLE** [1] - 1:11
**Honorable** [2] - 2:5, 2:6
**hope** [1] - 20:20
**hopeful** [1] - 20:7
**hospitalized** [2] - 7:13, 7:16
**hour** [1] - 4:5
**hours** [3] - 7:4, 7:7, 7:10
**Houses** [1] - 23:11
**Hudson** [1] - 1:19

## I

**ignore** [1] - 16:9
**illness** [1] - 7:14
**important** [3] - 5:15, 9:24, 15:1
**impose** [5] - 15:2, 15:4, 16:3, 17:1, 17:3
**imposed** [4] - 8:7, 14:23, 17:8, 18:1
**imprisonment** [1] - 17:25
**including** [1] - 11:18
**incrimination** [2] - 12:15, 12:18
**INDEX** [1] - 27:1
**iNDEX** [1] - 27:5
**indictment** [8] - 8:25, 9:4, 9:7, 9:15, 10:24, 14:3, 19:6, 19:8
**indigent** [1] - 8:9
**information** [1] - 24:9
**Ingersoll** [1] - 23:11
**initial** [1] - 16:2
**innocent** [1] - 11:4
**instead** [1] - 4:25
**instrument** [1] - 9:1
**interrupt** [1] - 19:4
**interstate** [1] - 23:24
**issue** [1] - 21:1
**issued** [1] - 15:24
**issues** [1] - 4:4

## J

**Jager** [3] - 2:13, 2:24, 17:16
**JAGER** [18] - 1:16, 2:12, 2:19, 2:24, 14:4, 17:17, 19:4, 19:16, 19:23, 19:25, 21:5, 21:18, 23:19, 24:19, 25:1, 25:11, 25:15, 25:19
**January** [1] - 1:7
**Judge** [1] - 20:6
**JUDGE** [1] - 1:11
**judgment** [1] - 13:8
**July 25th** [1] - 9:8
**jury** [5] - 10:6, 10:22, 11:6, 12:13, 13:12
**jury's** [1] - 13:17

## K

**keep** [4] - 4:23, 17:14, 19:10, 19:12
**kind** [4] - 7:5, 7:7, 7:11, 7:14
**kindly** [1] - 13:7

## L

**language** [1] - 3:19
**last** [3] - 7:4, 7:7, 7:10
**late** [1] - 4:5
**law** [3] - 16:11, 16:17, 18:15
**Lawrence** [2] - 2:15, 3:2
**LAWRENCE** [2] - 1:17, 1:20
**laws** [1] - 10:20
**lawyer** [11] - 3:24, 4:24, 5:6, 5:7, 8:18, 9:4, 9:19, 10:9, 10:23, 11:15, 16:24
**lawyers** [1] - 17:12
**leading** [1] - 13:14
**legal** [2] - 10:2, 21:23
**legality** [1] - 13:13
**level** [2] - 17:19, 17:22
**Level** [1] - 17:19
**likely** [1] - 17:14
**line** [1] - 16:21
**located** [1] - 24:5
**look** [3] - 15:22, 15:25, 20:7
**LORETTA** [1] - 1:13
**lower** [2] - 16:19, 17:5
**lowered** [1] - 20:11
**LYNCH** [1] - 1:13

## M

**mail** [1] - 1:24
**mandatory** [4] - 14:11, 14:12, 15:11, 15:20
**manufactured** [2] - 24:1, 24:2
**MARK** [2] - 1:17, 1:20
**Mark** [2] - 2:15, 3:2
**matter** [3] - 7:20, 18:25, 26:4
**maximum** [6] - 8:6, 8:8, 14:10, 14:14, 15:10, 15:14
**means** [2] - 5:15, 10:8
**medication** [1] - 7:8
**meet** [2] - 10:5, 10:15
**Melonie** [2] - 5:23, 24:16
**mental** [1] - 7:14
**microphones** [1] - 5:24
**might** [5] - 8:10, 11:24, 16:10, 17:2, 17:3
**mind** [3] - 4:23, 6:18, 17:15
**minimum** [3] - 14:11, 14:12, 15:11
**minus** [1] - 17:20
**moment** [1] - 24:20
**Monday** [1] - 10:22
**money** [1] - 14:25
**months** [5] - 14:8, 17:25, 18:12, 23:4
**MORGAN** [3] - 1:7, 3:13, 27:2
**Morgan** [22] - 1:18, 2:9, 2:15, 2:22, 3:2, 3:5, 3:9, 3:18, 4:2, 4:14, 5:2, 5:25, 8:17, 14:6, 15:7, 18:4, 19:9, 20:9, 20:24, 21:21, 22:3, 25:6
**most** [1] - 9:24
**motion** [1] - 13:15
**Mr. Stern** [26] - 2:15, 3:2, 3:21, 4:1, 4:12, 5:6, 5:7, 7:19, 7:21, 7:24, 8:8, 8:15, 14:23, 19:25, 20:3, 20:6, 20:10, 20:15, 21:11, 21:20, 21:22, 21:25, 24:20, 24:22, 24:24, 25:20
**MS** [17] - 2:12, 2:19, 2:24, 14:4, 17:17, 19:4, 19:16, 19:23, 19:25, 21:5, 21:18, 23:19, 24:19, 25:1, 25:11, 25:15, 25:19

## N

**name** [3] - 5:21, 5:22, 16:5
**narcotic** [1] - 7:5
**nature** [2] - 7:23, 16:1
**near** [1] - 6:8
**need** [1] - 8:19
**nevertheless** [1] - 17:12
**NEW** [1] - 1:1
**New** [9] - 1:5, 1:14, 1:15, 1:20, 2:4, 9:8, 24:3, 24:6
**nonguideline** [1] - 16:18
**note** [3] - 2:10, 17:25, 24:4
**notes** [1] - 23:20
**nothing** [1] - 24:7

**number** [5] - 4:15, 9:18, 16:11, 17:20, 23:7

## O

**oath** [1] - 13:3
**object** [1] - 11:17
**obliterated** [3] - 9:17, 17:20, 23:7
**OF** [5] - 1:1, 1:3, 1:10, 26:2, 27:5
**offense** [3] - 14:9, 17:19, 17:22
**offer** [2] - 11:18, 11:22
**offered** [1] - 11:17
**Official** [2] - 1:22, 26:9
**old** [2] - 5:25, 6:1
**once** [1] - 13:4
**one** [9] - 5:23, 9:12, 9:21, 16:13, 18:7, 19:23, 21:25, 24:20, 25:12
**Op** [1] - 6:13
**open** [3] - 2:1, 2:2, 21:1
**operation** [1] - 8:13
**opinion** [2] - 7:22, 7:25
**opportunity** [1] - 8:18
**order** [1] - 12:24
**outside** [2] - 17:4, 24:2
**overcome** [1] - 11:2
**own** [6] - 4:17, 11:23, 12:4, 13:16, 22:11, 23:13

## P

**p.m** [1] - 1:8
**P.S** [1] - 6:16
**PAGE** [2] - 27:2, 27:6
**part** [1] - 20:20
**particular** [1] - 24:1
**perjury** [1] - 5:17
**pistol** [1] - 9:10
**placed** [1] - 14:16
**Plaza** [1] - 1:15
**plea** [17] - 2:8, 3:7, 4:6, 4:14, 4:16, 10:12, 10:14, 13:5, 13:8, 13:16, 17:9, 18:21, 22:3, 24:11, 24:12, 24:13, 25:16
**PLEA** [1] - 1:10
**plead** [12] - 8:4, 9:25, 10:12, 10:20, 11:20, 12:22, 13:4, 19:2, 19:21, 21:21, 22:14, 22:18
**pleading** [8] - 8:1, 9:22, 11:7, 12:16, 12:25, 14:3, 14:9, 22:10
**points** [2] - 17:20, 17:21
**possessed** [4] - 9:9, 9:11, 23:2, 23:9
**possessing** [1] - 23:23
**possession** [3] - 22:25, 23:15, 23:25
**possibility** [3] - 15:2, 20:16, 20:23
**potential** [1] - 21:10
**prepared** [2] - 20:16, 20:22
**presence** [1] - 11:15
**present** [1] - 2:2
**presentence** [1] - 16:23
**presently** [2] - 6:23, 7:1
**presiding** [1] - 2:5
**presumed** [1] - 10:25
**presumption** [1] - 11:3
**previous** [1] - 25:12
**previously** [3] - 10:12, 25:3, 25:6

**previously-entered** [1] - 10:12
**prison** [2] - 14:19, 15:17
**privately** [1] - 5:11
**probation** [1] - 16:23
**problem** [1] - 3:23
**problems** [1] - 4:3
**proceed** [1] - 13:11
**Proceedings** [1] - 1:25
**proceedings** [5] - 4:25, 7:23, 13:14, 25:22, 26:4
**produced** [1] - 1:25
**proffers** [1] - 25:11
**projects** [2] - 23:12, 24:4
**promise** [1] - 22:20
**promises** [1] - 22:17
**proof** [1] - 10:6
**proper** [1] - 20:21
**prosecuted** [1] - 5:17
**prove** [3] - 11:1, 11:3, 23:21
**provides** [4] - 14:22, 15:21, 16:17, 19:8
**proving** [3] - 10:3, 10:15, 11:8
**psychiatrist** [1] - 7:2
**public** [5] - 6:9, 6:12, 6:13, 6:14, 10:21
**punishable** [1] - 23:3
**purposes** [1] - 19:16
**put** [2] - 20:1, 21:10

## Q

**questions** [8] - 4:15, 4:18, 5:10, 5:16, 12:23, 13:2, 13:3, 18:23

## R

**raise** [2] - 3:11, 11:23
**range** [7] - 16:2, 16:5, 16:20, 17:24, 18:11, 18:20, 20:11
**RDR** [2] - 1:22, 26:8
**ready** [3] - 4:7, 19:2, 19:21
**reason** [3] - 4:5, 20:3, 21:20
**reasonable** [5] - 10:4, 10:16, 11:4, 11:9, 23:22
**recently** [2] - 6:24, 7:2
**recommended** [1] - 16:19
**recommending** [1] - 16:3
**record** [5] - 2:11, 20:1, 21:5, 21:10, 26:4
**recorded** [1] - 1:25
**reduction** [1] - 20:8
**referred** [2] - 24:4, 24:5
**refers** [1] - 14:15
**regard** [1] - 9:16
**regular** [1] - 6:9
**relating** [1] - 18:25
**release** [4] - 14:15, 15:14, 15:17
**released** [1] - 14:17
**remember** [2] - 13:2, 25:2
**rephrase** [1] - 4:19
**report** [1] - 16:23
**Reporter** [3] - 1:22, 1:22, 26:9
**REPORTER** [1] - 26:2
**representation** [1] - 8:22

**represented** [1] - 4:24
**require** [1] - 16:4
**required** [1] - 12:5
**respect** [1] - 19:5
**responsibility** [1] - 17:21
**retain** [1] - 19:10
**returned** [2] - 14:19, 15:17
**review** [1] - 13:13
**reviewed** [1] - 19:7
**rights** [7] - 8:1, 9:22, 12:1, 13:6, 13:24, 18:24, 24:11
**rise** [1] - 2:3
**run** [2] - 18:2, 18:5

## S

**sake** [1] - 21:5
**satisfied** [2] - 8:21, 23:17
**satisfy** [1] - 11:8, 12:24
**scheme** [1] - 14:6
**school** [6] - 6:3, 6:5, 6:10, 6:12, 6:13, 6:14
**seat** [1] - 3:21
**seated** [1] - 2:17
**second** [1] - 5:23
**see** [1] - 25:16
**seek** [1] - 21:6
**self** [2] - 12:15, 12:18
**self-incrimination** [2] - 12:15, 12:18
**sell** [1] - 25:8
**semiautomatic** [1] - 9:10
**sentence** [33] - 8:7, 8:9, 9:12, 14:7, 14:10, 14:11, 14:12, 15:11, 15:12, 15:22, 16:7, 16:9, 16:10, 16:13, 16:17, 16:18, 17:2, 17:3, 17:7, 17:8, 17:14, 18:1, 18:4, 18:10, 18:19, 20:21, 21:7, 21:14, 21:15, 22:21
**sentenced** [1] - 17:23
**sentences** [2] - 20:17, 20:23
**Sentencing** [2] - 8:14, 15:24
**sentencing** [6] - 14:6, 15:23, 16:22, 21:2, 21:16, 24:15
**separate** [2] - 5:17, 9:18
**serial** [3] - 9:17, 17:20, 23:7
**series** [1] - 14:16
**served** [3] - 14:21, 15:18, 18:7
**serving** [2] - 18:6, 18:8
**session** [1] - 2:5
**set** [2] - 10:22, 24:15
**sets** [1] - 16:11
**shipped** [1] - 23:23
**short** [1] - 17:6
**show** [1] - 12:10
**significant** [1] - 8:11
**simply** [1] - 13:7
**sit** [1] - 6:17
**somewhere** [2] - 14:13, 20:8
**sorry** [4] - 18:1, 19:23, 24:20, 25:1
**special** [2] - 15:4, 15:20
**specifically** [1] - 9:3
**speedy** [1] - 10:21
**spoken** [1] - 4:9
**stage** [1] - 4:24
**stand** [2] - 3:22, 12:9

**standing** [1] - 10:14
**starting** [1] - 2:23
**State** [1] - 24:2
**state** [2] - 2:22, 5:21
**statement** [1] - 5:18
**statute** [3] - 14:22, 15:13, 15:21
**stenography** [1] - 1:25
**STERN** [3] - 1:17, 1:20, 4:3
**Stern** [2] - 2:15, 3:2
**still** [1] - 10:13
**Street** [1] - 1:19
**subpoena** [1] - 11:19
**substituting** [1] - 13:16
**successful** [1] - 22:1
**superseding** [3] - 8:25, 9:6, 19:6
**supervised** [3] - 14:14, 14:15, 15:14
**suppression** [1] - 13:15
**swear** [1] - 3:8
**sworn** [2] - 3:13, 5:14
**system** [1] - 10:2

## T

**Telephone** [1] - 1:23
**ten** [2] - 14:10, 14:13
**tend** [1] - 20:22
**term** [2] - 14:15, 15:14
**terms** [3] - 14:16, 14:18, 15:16
**testified** [1] - 3:14
**testify** [5] - 11:15, 11:21, 12:4, 12:6, 12:13
**theoretical** [1] - 15:1
**theoretically** [1] - 15:19
**theory** [2] - 20:12, 20:13
**therefore** [1] - 24:13
**thoroughly** [1] - 7:20
**threatened** [1] - 22:13
**three** [4] - 14:8, 14:15, 15:14, 25:12
**today** [8] - 6:17, 16:22, 17:1, 17:6, 17:13, 21:17, 21:18, 22:17
**took** [1] - 13:3
**transcript** [1] - 26:3
**Transcript** [1] - 1:25
**TRANSCRIPT** [1] - 1:10
**Transcription** [1] - 1:25
**transported** [1] - 23:23
**treated** [2] - 7:14, 7:17
**trial** [14] - 5:1, 10:14, 10:22, 10:25, 11:13, 11:22, 12:3, 12:9, 12:12, 13:5, 13:7, 13:12, 13:24, 23:21
**truth** [1] - 5:15
**truthfully** [2] - 13:2, 13:4
**try** [1] - 20:10
**two** [4] - 14:19, 15:17, 17:20, 20:17

## U

**ultimately** [1] - 21:25
**under** [6] - 6:24, 7:2, 10:2, 10:20, 12:7, 15:13
**United States** [16] - 1:1, 1:3, 1:5, 1:11, 1:14, 1:16, 2:3, 2:8, 2:12, 2:13, 2:21, 2:24, 10:21, 12:7, 15:6, 15:23
**unlikely** [1] - 15:1

**up** [25] - 3:22, 9:22, 10:9, 11:7, 11:10, 11:20, 11:22, 11:25, 12:17, 12:19, 13:14, 13:17, 13:20, 13:23, 14:19, 14:23, 15:3, 15:17, 15:19, 16:2, 17:2, 18:6, 18:8, 20:12, 20:13
**upward** [1] - 21:7

## V

**valid** [1] - 4:16
**verdict** [1] - 13:17
**versus** [1] - 2:21
**VI** [1] - 17:24
**violate** [1] - 14:18
**violated** [1] - 15:16
**violating** [1] - 14:10
**voluntarily** [2] - 22:10, 24:10

## W

**waiving** [1] - 8:1
**WHEREUPON** [1] - 25:22
**willing** [1] - 13:23
**withdraw** [3] - 10:11, 17:8, 18:21
**witness** [1] - 12:9
**WITNESS** [1] - 27:2
**witnesses** [4] - 11:14, 11:16, 11:19, 11:21
**words** [2] - 13:16, 23:13

## Y

**year** [2] - 9:12, 25:13
**years** [10] - 6:1, 14:11, 14:12, 14:13, 14:15, 14:20, 15:11, 15:13, 15:14, 15:17
**YORK** [1] - 1:1
**York** [9] - 1:5, 1:14, 1:15, 1:20, 2:4, 9:8, 24:3, 24:6

## Z

**zero** [3] - 14:11, 14:13, 15:12

## §

**§3553(a** [1] - 21:8